# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 2 WM 2015 |
| Respondent | : |
| v. | : |
| DAVID AGNELLO, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* and the Petition for Leave to Amend are **DENIED**.